IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 8:21CR287 |
| | ) | |
| Plaintiff, | ) | |
| | ) | WAIVER OF PERSONAL |
| v. | ) | APPEARANCE AT ARRAIGNMENT |
| | ) | AND ORDER |
| DOMINGO ZACARIAS CIPRIAN, | ) | |
| | ) | |
| Defendant. | ) | |

1. The defendant affirms receiving a copy of the Indictment
2. The defendant understands the right to appear personally before the Court for an arraignment on the charges, and voluntarily waives that right; and
3. The defendant pleads not guilty to all counts of the Indictment

_Domingo Z Ciprian_  _11/23/2021_
Defendant                          Date

_[signature]_  _11/23/2021_
Attorney for Defendant          Date

**ORDER**

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __23__ day of __November__, 20__21__.

BY THE COURT:

_Susan M Bazis_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Interpreted by Kelly Vargas on 11-23-2021