IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINGO ZACARIAS-CIPRIAN,<br><br>Defendant. | 8:21CR287<br><br>ORDER |

This matter is before the Court on the government's Motion to Vacate Preliminary Order of Forfeiture and Dismiss Forfeiture Allegation (Filing No. 46) of the Indictment (Filing No. 20) regarding $6,640 in United States currency that was administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives. Upon careful review of the government's motion and the record in this case, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Vacate Preliminary Order of Forfeiture and Dismiss Forfeiture Allegation (Filing No. 46) is granted.
2. The Preliminary Order of Forfeiture (Filing No. 45) is vacated.
3. The Forfeiture Allegation of the Indictment is dismissed.

Dated this 14th day of November 2022.

BY THE COURT:

*Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
Chief United States District Judge